David BURNET, Commissioner of Internal Revenue, Appellant, v. Louis A. WHITCOMB, Appellee.

No. 5665.

Court of Appeals of the District of Columbia.

Argued March 13, 1933.
Decided May 22, 1933.

G. A. Youngquist, Sewall Key, C. M. Charest, and John D. Foley, all of Washington, D. C., for appellant.

Claude R. Branch, of Boston, Mass., and W. W. Spalding, of Washington, D. C., for appellee.

Before MARTIN, Chief Justice, and ROBB, VAN ORSDEL, HITZ, and GRONER, Associate Justices.

MARTIN, Chief Justice.

The issues in this appeal are controlled by the same principles as those in Burnet v. Whitcomb, 62 App. D. C. 170, 65 F.(2d) 803, which is concurrently decided by us.

The decision of the Board of Tax Appeals is accordingly reversed and the cause is remanded for further proceedings not inconsistent herewith.

GRONER, Associate Justice, dissents.